FILED
JUL 09 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:11-cr-490 JAM |
|---|---|
| Plaintiff, | **COURT ORDER TO DETERMINE MENTAL COMPETENCY PURSUANT TO 18 U.S.C. SECTION 4241(b)** |
| v. | |
| ALEX MARKEVICH, | |
| Defendant. | |

The Court having found reasonable cause to believe that defendant ALEX MARKEVICH may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, it is hereby ORDERED pursuant to 18 U.S.C. § 4241(b) that a psychiatric or psychological examination of the defendant be conducted, and that a psychiatric or psychological report be filed with the court. The United States Marshal's Service is hereby ORDERED to transport the defendant forthwith to the nearest available Bureau of Prisons federal facility to be examined for mental competency and that a psychiatric or

psychological report be filed with the court within 30 days of this Order, unless good cause can be shown to extend the filing of said report for an additional 15 days.  The defendant shall be returned back to the United States District Court for the Eastern District of California for a hearing set for August 13, 2013, at 9:45 a.m., unless ordered to do otherwise.

IT IS SO ORDERED.

Dated:   July 9, 2013

_____
JOHN A. MENDEZ
United States District Court Judge