BENJAMIN B. WAGNER
United States Attorney
R. Steven Lapham
Lee S. Bickley
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:   (916) 554-2746

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-0490 JAM |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER FOR RELEASE OF PERSON, ALEX MARKEVICH, IN CUSTODY |
| v. | |
| IRINA MARKEVICH, et al., | |
| Defendants, | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Alex Markevich, Case No. 2:11-cr-00490 JAM, from custody on his own personal recognizance subject to the same Special Conditions of Release that were ordered on December 8, 2011, and which are attached. The defendant is ordered to appear on October 15, 2013, at 9:45 a.m. in Courtroom 6 (JAM) for a hearing concerning his competency. Upon release, please provide Alex Markevich with a copy of this Order and the attached Special Conditions of Release.

Dated: September 27, 2013

By: _____
John A. Mendez
United States District Judge

1

**FILED**

DEC - 8 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## SPECIAL CONDITIONS OF RELEASE

RE: Markevich, Alex
Case No.: 2:11-CR-490-WBS
Date: December 8, 2011

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

4. You shall reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;

5. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

6. You shall refrain from the excessive use of alcohol, or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

7. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer. **In addition, you shall not have employment in the mortgage industry;**

8. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

9. You shall cooperate in the collection of a DNA sample; and,

10. You shall surrender your passport to the Clerk of the U.S. District Court, and obtain no passport during the pendency of this case.

**Date: December 8, 2011**