1 | Alex Markevich
c/o 6525 22nd Street
2 | Rio Linda, CA 95673
Telephone (916)821-0958
3 | IN PRO PER

**FILED**

NOV 1 8 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATE DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         Case No. 2:11-CR-00490-JAM

Plaintiff                         **ORDER**

v.

ALEX MARKEVICH,

Defendant

Having reviewed the Stipulation to Extend Defendant's Time to Respond to Government's Opposition to Dismiss for Failure to Prosecute, and good cause appearing therefor.

IT IS HEREBY ORDERED that the Defendant, ALEX MARKEVICH, shall have until December 16, 2013 to file a response to the Government's Opposition.

DATED: 11-18-2013

*/s/ John A. Mendez*
HON. JOHN A MENDEZ
United States District Judge

ORDER