KAREN L. LANDAU, ESQ., C.S.B. 128728
Attorney at Law
2626 Harrison St.
Oakland, California 94661-0082
(510) 839-9230 (telephone)

Email: karenlandau@karenlandau.com

Attorney for Defendant Alex Markevich

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | ORDER |
| Plaintiff, | ) | GRANTING CONTINUANCE OF |
| | ) | SENTENCING HEARING |
| vs. | ) | |
| | ) | CR 11-490-JAM |
| ALEX MARKEVICH, | ) | |
| Defendant. | | |

BASED UPON THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the sentencing of defendant Alex Markevich be continued to October 20, 2015 at 9:15 a.m.

Dated:  July 1, 2015

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge

-1-